# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2018

Lyle W. Cayce
Clerk

No. 17-10573

DEMETRIA GRAY, on behalf of D.S., a Minor,

    Plaintiff - Appellant

v.

CROWLEY INDEPENDENT SCHOOL DISTRICT,

    Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CV-908

Before REAVLEY, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no reversible error of law. The district court's judgment is therefore **AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.